AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICHARD COOPER,

     Plaintiff,       JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:04-cv-00665-RLH-VPC**

PATRICIA LENOHARDT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (#55) is granted and the case is dismissed.

   March 25, 2008                              **LANCE S. WILSON**
                                                               Clerk

                                                 /s/ Daniel R. Morgan
                                                   Deputy Clerk